IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHEN HALE,

      Plaintiff,                                  No. CIV S-09-0391 JAM EFB PS

      vs.

VACAVILLE HOUSING AUTHORITY,

      Defendant.                   <u>ORDER</u>

      This case is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On October 7, 2009, the undersigned granted plaintiff's motion to proceed *in forma pauperis* in this action, ordered that service of process be made by the U.S. Marshal, and directed the Clerk of Court to send plaintiff the necessary forms for completion and return to the Marshal. Dckt. No. 33. On October 27, 2009 and November 23, 2009, plaintiff informed the court that she had completed and returned the requisite forms to the Marshal. Dckt. Nos. 39, 41. On January 21, 2010, the undersigned's staff contacted the Marshal regarding the status of service of process. The Marshal indicated that a waiver of service of process was mailed to defendant on December 14, 2009 and is due back to the Marshal on or before February 14, 2010.

////

1

1  In a separate order issued on October 7, 2009, the court set a status (pretrial scheduling) conference in this action for February 10, 2010 at 10:00 a.m. and directed the parties to file status reports no later than fourteen days before the conference (by January 27, 2010).  Dckt. No. 37.  Because defendant has not yet appeared in this action, that conference will be continued.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 10, 2010 status conference is rescheduled for April 14, 2010 at 10:00 a.m. in Courtroom 24;

2. No later than March 31, 2010, all parties shall file status reports (or a joint status report), discussing the matters addressed in the court's October 7, 2009 order, Dckt. No. 37;

3. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030; and

4. Within fourteen days of the date of this order, the U.S. Marshal is directed to serve defendant with a copy of this order.  *The Marshal shall, within fourteen days thereafter, file a statement with the court that the order was served.*  If the Marshal is unable, for any reason, to serve this order on defendant, the Marshal shall promptly report that fact, and the reasons for it, to the undersigned.

DATED: January 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE