IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHEN HALE,

    Plaintiff,                              No. 2:09-cv-00391 JAM KJN PS

    vs.

VACAVILLE HOUSING AUTHORITY,

    Defendant.                           <u>ORDER</u>

_____/

      This case is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). <u>See</u> 28 U.S.C. § 636(b)(1). On October 7, 2009, Magistrate Judge Edmund F. Brennan granted plaintiff's motion to proceed in forma pauperis in this action, ordered that service of process be made by the U.S. Marshal, and directed the Clerk of Court to send plaintiff the necessary forms for completion and return to the Marshal. (Dkt. No. 33.) On October 27, 2009 and November 23, 2009, plaintiff informed the court that she had completed and returned the requisite forms to the Marshal. (Dkt. Nos. 39, 41.) On January 21, 2010, Magistrate Judge Brennan's staff contacted the Marshal regarding the status of service of process. The Marshal indicated that a waiver of service of process was mailed to defendant on December 14, 2009, and was due back to the Marshal on or before February 14, 2010. As of February 25, 2010, the Court has not received a returned waiver of service of process from defendant.

1

1 In a separate order issued on October 7, 2009, the court set a status (pretrial scheduling) conference in this action for February 10, 2010, at 10:00 a.m., and directed the parties to file status reports no later than fourteen days before the conference (by January 27, 2010). (Dkt. No. 37.) In a subsequent order dated January 22, 2010, the court reset that status (pretrial scheduling) conference for April 14, 2010. Because defendant has not yet appeared in this action, that conference will be continued.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 14, 2010 status conference is rescheduled for June 3, 2010 at 10:00 a.m. in Courtroom 25;

2. No later than May 20, 2010, all parties shall file status reports (or a joint status report), discussing the matters addressed in the court's October 7, 2009 order, Dkt. No. 37;

3. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, California, 95814, Tel. No. (916) 930-2030; and

4. **Within fourteen days of the date of this order, the U.S. Marshal is directed to serve defendant with (1) service of process including a summons and the amended complaint in this case (Dkt. Nos. 27, 34) ; (2) the order reassigning this case to Magistrate Judge Kendall J. Newman (Dkt. No. 45) and (3) a copy of this order.** *The Marshal shall, within fourteen days thereafter, file a statement with the court that they have effected service of process and have served the above specified documents.* If the Marshal is unable, for any reason, to serve these documents on defendant within the specified time frame, the Marshal shall promptly report that fact, and the reasons for it, to the undersigned.

IT IS SO ORDERED.

DATED: February 25, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE