1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHEN HALE,

11          Plaintiff,                       No. 2:09-cv-00391 JAM KJN PS

12      vs.

13   VACAVILLE HOUSING AUTHORITY,

14          Defendant.                       <u>ORDER</u>

15   _____/

16          On March 12, 2010, the United States Marshal's Office filed a memorandum

17   seeking reimbursement for service of process fees pursuant to Federal Rule of Civil Procedure

18   4(d)(2).  (Dkt. No. 52.)  Under that Rule, if a defendant fails, without good cause, to sign and

19   return a waiver requested by a plaintiff located within the United States, the court must impose

20   on the defendant the expenses incurred in effecting service.  Fed. R. Civ. Proc. 4(d)(2)(A).  The

21   United States Marshal's office indicates that it mailed service of process to defendant Vacaville

22   Housing Authority on December 14, 2009.  (Dkt. No. 51.)  There is no evidence in the record

23   that Defendant Vacaville Housing Authority returned or executed a waiver.  As a result, the

24   Marshal effectuated personal service on defendant Vacaville Housing Authority on March 8,

25   2010.  <u>Id</u>.  The Marshal has indicated that it incurred a total of $145.00 in costs related to

26   personal service on this defendant.  <u>Id</u>.

1

1    The Marshal is entitled to the costs sought.  Federal Rule of Civil Procedure 4(d)

2    provides, in relevant part:

3        **(d) Waiving Service.**

4        **(1) Requesting a Waiver.** An individual, corporation, or association that

5        is subject to service under Rule 4(e), (f), or (h) has a duty to avoid

6        unnecessary expenses of serving the summons. The plaintiff may notify

7        such a defendant that an action has been commenced and request that the

8        defendant waive service of a summons. . . .

9        **(2) Failure to Waive.** If a defendant located within the United States fails,

10       without good cause, to sign and return a waiver requested by a plaintiff

11       located within the United States, the court must impose on the defendant:

12           **(A)** the expenses later incurred in making service; and

13           **(B)** the reasonable expenses, including attorney's fees, of any motion

14       required to collect those service expenses.

15   Fed. R. Civ. P. 4(d)(1), (2).  The undersigned finds that defendant Vacaville Housing Authority

16   was given an opportunity to waive service as provided in Rule 4(d)(2), but failed to do so.

17   For the foregoing reasons, IT IS HEREBY ORDERED that:

18       Within 14 days of the date of service of this order, defendant Vacaville Housing

19   Authority shall either pay to the United States Marshals Service the sum of $145.00 or,

20   alternatively, file with the court a written statement showing good cause for failing to waive

21   ////

22   ////

23   ////

24   ////

25   ////

26   ////

1   service.  Payment should be mailed to: U.S. Marshal's Service, 501 I Street, Suite 5600,

2   Sacramento, California 95814.  The Clerk of Court shall serve a copy of this order on the United

3   States Marshals Service.

4                     **IT IS SO ORDERED**

5   DATED:  March 22, 2010

6

7

8

9   KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26