IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHEN HALE,

    Plaintiff,                          No. 2:09-cv-00391 JAM KJN PS

    vs.

VACAVILLE HOUSING AUTHORITY,

    Defendant.                        <u>ORDER</u>

        On March 25, 2010, this court issued an order to defendant Vacaville Housing Authority requiring either: (1) payment of the United States Marshals' personal service fees; or (2) a written statement showing good cause for failing to waive service. (Dkt. No. 54.) On April 14, 2010, defendant filed a statement of good cause regarding waiver of service. (Dkt. No. 59.)

        For good cause shown, the court's March 25, 2010 order to show cause is hereby discharged and defendant Vacaville Housing Authority is not required to pay the aforementioned costs of personal service upon it in this action.

        **IT IS SO ORDERED**

DATED: April 15, 2010

                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE